UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Linda Plaisted, et al</u>

     v.         Case No. 10-cv-57-PB

<u>IndyMac Bank. FSB, et al</u>

<u>O R D E R</u>

The defendant has agreed to stay the foreclosure for thirty days. The plaintiffs in exchange have agreed to postpone the hearing on the Motion for a Temporary Restraining Order for thirty days.

The clerk shall schedule a hearing on the Motion for Temporary Restraining Order in approximately thirty days. No later than ten days prior to the hearing, the defendant shall file a memorandum in opposition to the Motion for Temporary Restraining Order.

SO ORDERED.

February 17, 2010        /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge

cc: Peter Wright, Esq.
   Sean Fitzgerald, Esq.